# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeff Foglesong, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>Marquis Metal Works, LLC,<br><br>   Defendant. | **ORDER FOR STATUS CONFERENCE**<br><br>Case No. 1:19-cv-048 |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on September 17, 2019, at 11:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 7th day of May, 2019.

             */s/ Clare R. Hochhalter*
             Clare R. Hochhalter, Magistrate Judge
             United States District Court