# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeff Foglesong, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Marquis Metal Works, LLC,<br><br>    Defendant. | **ORDER RESCHEDULING STATUS CONFERENCE**<br><br>Case No. 1:19-cv-048 |

**IT IS ORDERED:**

The status conference scheduled for September 17, 2019, shall be rescheduled for September 24, 2019, at 11:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 1st day of August, 2019.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court