# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jeff Foglesong, individually and on behalf of all others similarly situated, | ) ) ) | **ORDER FOR STATUS** |
| Plaintiff, | ) | **CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Marquis Metal Works, LLC, | ) | |
| | ) | Case No. 1:19-cv-048 |
| Defendant. | ) | |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on November 13, 2019, at 11:00

a.m.  The conference will be conducted via telephone conference.  To participate in the conference,

counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 24th day of September, 2019.


*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court