## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeff Foglesong, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) **ORDER** ) ) |
| vs. | ) ) |
| Marquis Metal Works, LLC, | ) Case No. 1:19-cv-048 ) |
| Defendant. | ) |

On April 29, 2020, the parties filed a Joint Motion to Modify the Scheduling Order. The court **GRANTS** the motion (Doc. No. 44) and modifies the scheduling order as follows:

1. The parties shall have until July 30, 2020 to complete fact discovery and to file discovery motions.

2. The parties shall have until September 29, 2020 to complete discovery depositions of expert witnesses.

3. The parties shall have until July 30, 2020 to file other nondispositive motions (e.g., consolidation, bifurcation).

4. The parties shall have until October 30, 2020 to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

5. The parties shall have until December 3, 2020 to file other dispositive motions (summary judgment as to all or part of the case).

The court further **ORDERS** that the final pretrial conference set for January 11, 2021, shall be rescheduled for April 20, 2021, at 9:00 a.m. by telephone before the magistrate judge. To

participate in the conference, the parties should dial (877) 810-9415 and enter access code 8992581.

Finally, the court **ORDERS** that the jury trial set for February 1, 2021, shall be rescheduled for May 3, 2021, at 9:00 a.m. in Bismarck before Judge Hovland (Eagle Courtroom). A five (5) day trial is anticipated.

Dated this 30th day of April, 2020.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court